# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO. 3:05CR277-7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TOM KEATING ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing from the October 30, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the October 30, 2006, calendar.

**IT IS FURTHER ORDERED** that the sentencing hearing is rescheduled for **WEDNESDAY, NOVEMBER 29, 2006, AT 10:00 AM,** at the U.S. Courthouse in Statesville, North Carolina.

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge